UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JOAN CHILD DANGERFIELD,

      Plaintiff,

  -against-

ANTHONY BEVACQUA & ROGER
DANGERFIELD, INC.,

      Defendants.
------------------------------------x

06 Civ. 6415 (NRB) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on January 5, 2007, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court (Peck, M.J., pursuant to § 636(c)) retains jurisdiction through December 31, 2011 pursuant to the terms of the parties' settlement agreement.

    SO ORDERED.

DATED:    New York, New York
             January 5, 2007

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by fax & ECF** to:    David Feuerstein, Esq.
                                     Mara B. Levin, Esq.
                                     Robert J. A. Zito, Esq.
                                     Judge Naomi Reice Buchwald